IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )</br>                                                                )          4:98CR3083</br>                    Plaintiff,          )</br>                                                                )</br>   vs.                                                       )          ORDER</br>                                                                )</br>MICHAEL J. PARROW,                         )</br>                                                                )</br>                    Defendant.          )| |

   IT IS ORDERED that a revocation hearing is set to commence at 9:30 a.m. on November 29, 2005, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

   Dated: October 31, 2005.

                                                            BY THE COURT

                                                            s/David L. Piester
                                                            _____
                                                            United States Magistrate Judge