IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:98CR3083 |
| MICHAEL J. PARROW, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's motion to continue the April 18, 2006, disposition hearing in this case for not less than 30 days. Filing 78. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until May 22, 2006, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated this 4th day of April, 2006.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge